UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>**MENILIK SOLOMON (1)**<br>  aka Mickey<br>  aka Mikey<br>  aka Little Mikey<br><br>**KFLEGEWERGES ABATE (2)**<br>  aka Bells<br>  aka Robell<br><br>**TEDDY ASEFA (3)**<br>  aka Fred<br>  aka Freddy<br>  aka Fat Fred<br>  aka Fat Teddy<br><br>**ABUBAKARR SAVAGE (4)**<br>  aka Sav<br>  aka Savdripp | CASE NO. 2:22-CR-00222<br><br>JUDGE EDMUND A. SARGUS, JR.<br><br><u>SUPERSEDING INDICTMENT</u><br><br>18 U.S.C. § 2<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br>18 U.S.C. § 924(c)(1)(A)(i)<br>21 U.S.C. § 841(b)(1)(A)(vii)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846<br><br>FORFEITURE ALLEGATIONS |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
(Conspiracy to Distribute Controlled Substances)

1.      Beginning in or around 2015, the exact date being unknown, and continuing up to and including the date of this Superseding Indictment, within the Southern District of Ohio and elsewhere, defendants **MENILIK SOLOMON, aka Mickey, aka Mikey, aka Little Mikey** (hereinafter "**MENILIK SOLOMON**"), **KFLEGERWERGES ABATE, aka Bells, aka Robell** (hereinafter "**KFLEGEWERGES ABATE**"), **TEDDY ASEFA, aka Fred, aka Freddy, aka Fat Fred, aka Fat Teddy** (hereinafter "**TEDDY ASEFA**"), and **ABUBAKARR SAVAGE, aka Sav, aka Savdripp** (hereinafter "**ABUBAKARR SAVAGE**") did knowingly and intentionally combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury, to possess

with intent to distribute various controlled substances, including:

   a. 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vii);

   b. A mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C); and

   c. A mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## MANNER AND MEANS

2. It was part of the conspiracy that **MENELIK SOLOMON, KFLEGEWERGES ABATE, TEDDY ASEFA, ABUBAKAR SAVAGE**, and others known and unknown to the Grand Jury, were members of a criminal organization known as the "Third World Mob" or the "Third World Mafia."

3. It was further part of the conspiracy that the Third World Mob was a Drug Trafficking Organization ("DTO") (referred to throughout as the "Third World Mob") that illegally trafficked in controlled substances, including, but not limited to, marijuana, methamphetamine, and cocaine.

4. It was further part of the conspiracy that the organizational structure of the conspiracy, and of the Third World Mob, was informal, and changed over time.

5. It was further part of the conspiracy that other co-conspirators involved in the Third World Mob included: Fentahun Mengistu, aka Fent (deceased); Yiarad Tesfai, aka YaYa (deceased); Amanial Andemariam, aka Greedy, aka Greeds (deceased); and others known and unknown to the Grand Jury.

6. It was further part of the conspiracy that **MENELIK SOLOMON, KFLEGEWERGES ABATE, TEDDY ASEFA,** Fentahun Mengistu, aka Fent, Yiarad Tesfai, aka YaYa, and Amanial

Andemariam, aka Greedy, aka Greeds (deceased), operated, at various time periods during the course of the conspiracy, as part of the leadership of the Third World Mob.

7. It was further part of the conspiracy that co-conspirators in the Third World Mob—including, but not limited to, **MENELIK SOLOMON, KFLEGEWERGES ABATE, TEDDY ASEFA,** and **ABUBAKAR SAVAGE**—imported marijuana from outside the State of Ohio, including from California and Georgia, into the State of Ohio for further distribution.

8. It was further part of the conspiracy that co-conspirators in the Third World Mob—including, but not limited to, **MENELIK SOLOMON, KFLEGEWERGES ABATE, TEDDY ASEFA,** and **ABUBAKAR SAVAGE**—traveled outside the State of Ohio, including to California and Georgia, to facilitate the Third World Mob's drug trafficking operation.

9. It was further part of the conspiracy that, at times during the conspiracy, co-conspirators in the Third World Mob—including, but not limited to, **MENELIK SOLOMON, KFLEGEWERGES ABATE, TEDDY ASEFA,** and **ABUBAKAR SAVAGE**—obtained hundreds of pounds of marijuana per month for distribution.

10. It was further part of the conspiracy that the Third World Mob engaged in disputes, or "beefs," with other DTOs both inside and outside the State of Ohio, including in the State of Georgia, related to the Third World Mob's drug trafficking business.

11. It was further part of the conspiracy that co-conspirators in the Third World Mob—including, but not limited to, **MENELIK SOLOMON, KFLEGEWERGES ABATE, TEDDY ASEFA,** and **ABUBAKAR SAVAGE**—distributed the marijuana by breaking it down into clear, one-pound plastic bags that were then stored together in bigger quantities in large (often black) trash bags, which were then to be passed to lower-level drug dealers for further distribution.

12. It was further part of the conspiracy that co-conspirators in the Third World Mob—including, but not limited to, **MENELIK SOLOMON, KFLEGEWERGES ABATE, TEDDY ASEFA,** and **ABUBAKAR SAVAGE**—used rental houses, and houses leased or owned in individuals'

names other than their own, in or around the Columbus, Ohio area to facilitate the drug trafficking operation, including to store drugs, drug trafficking paraphernalia, and money related to drug trafficking.

13. It was further part of the conspiracy that co-conspirators in the Third World Mob—including, but not limited to, **MENELIK SOLOMON, KFLEGEWERGES ABATE, TEDDY ASEFA, and ABUBAKAR SAVAGE**—utilized "stash houses" or "trap houses," which were apartments or houses to store narcotics and narcotics paraphernalia, and to conduct transactions related to the DTO.

14. It was further part of the conspiracy that co-conspirators in the Third World Mob—including, but not limited to, **MENELIK SOLOMON, KFLEGEWERGES ABATE, TEDDY ASEFA, and ABUBAKAR SAVAGE**—kept large quantities of money related to drug trafficking, in the form of U.S. currency, on their person, at their places of residence, and at the above-mentioned drug trafficking locations.

15. It was further part of the conspiracy that co-conspirators in the Third World Mob—including, but not limited to, **MENELIK SOLOMON, KFLEGEWERGES ABATE, TEDDY ASEFA, and ABUBAKAR SAVAGE**—rented U-Haul trucks, drove rental cars, drove cars registered in other peoples' names, and/or exchanged cars on a regular basis among members of the Third World Mob in furtherance of their drug trafficking activities.

16. It was further part of the conspiracy that co-conspirators in the Third World Mob—including, but not limited to **MENELIK SOLOMON, KFLEGEWERGES ABATE, TEDDY ASEFA, and ABUBAKAR SAVAGE**—utilized multiple cellular phones related to the DTO's drug trafficking activities.

17. It was further part of the conspiracy that co-conspirators in the Third World Mob—including, but not limited to, **MENELIK SOLOMON, KFLEGEWERGES ABATE, TEDDY ASEFA, and ABUBAKAR SAVAGE**—did not have any other substantial means of income besides narcotics trafficking, and that, to the extent they associated themselves with a business or other form of

employment, did so as a means to conceal the true nature of their narcotics trafficking.

18. It was further part of the conspiracy that co-conspirators in the Third World Mob—including, but not limited to, **MENELIK SOLOMON, KFLEGEWERGES ABATE, TEDDY ASEFA,** and **ABUBAKAR SAVAGE**—displayed hand signs, utilized social media sites, and used nicknames to signify their association with the Third World Mob.

19. It was further part of the conspiracy that co-conspirators in the Third World Mob—including, but not limited to, **MENELIK SOLOMON, KFLEGEWERGES ABATE, TEDDY ASEFA,** and **ABUBAKAR SAVAGE**—possessed firearms, which they sometimes carried on their persons or kept in their vehicles, both for protection and to commit acts of violence in furtherance of their drug trafficking operation.

20. It was further part of the conspiracy that co-conspirators in the Third World Mob—including, but not limited to, **MENELIK SOLOMON, KFLEGEWERGES ABATE, TEDDY ASEFA,** and **ABUBAKAR SAVAGE**—did intimidate and threaten with physical harm, and did physically harm, others who were perceived as a threat to the narcotics trafficking operation, others whom the Third World Mob believed to owe them money related to the narcotics trafficking operation, and others who were perceived as enemies, or who were perceived as assisting those whom the Third World Mob thought of as enemies, of their narcotics trafficking operation.

## OVERT ACTS

21. In furtherance of the conspiracy, and in order to effect the objects thereof, at least one of the co-conspirators committed or caused to be committed, in the Southern District of Ohio, and elsewhere, at least one of the following overt acts, among others:

22. On or about August 9, 2019, **KFLEGEWERGES ABATE** and others known to the Grand Jury possessed indicia of drug trafficking, including, among other items, marijuana residue, a money counter, a digital scale, 12 cell phones, and a suitcase filled with $940,740 of U.S. currency at an apartment on Phlox Avenue in Blacklick, Ohio.

23. On or about July 6, 2021, **ABUBAKARR SAVAGE**, Amanial Andemariam, aka Greedy, aka Greeds (deceased), and others known to the Grand Jury, conducted a drug trafficking transaction related to the Third World Mob in Columbus, Ohio. At the time of the transaction, **ABUBAKARR SAVAGE** and Amanial Andemariam, aka Greedy, aka Greeds (deceased), possessed firearms.

24. On or about August 4, 2021, co-conspirators in the Third World Mob—including, but not limited to, **MENELIK SOLOMON**—possessed bulk amounts of marijuana, scales, a firearm, and ammunition at a residence on Chambers Road in Columbus, Ohio.

25. On or about November 9, 2021, co-conspirators in the Third World Mob—including, but not limited to, **KFLEGERWERGES ABATE, TEDDY ASEFA,** and Amanial Andemariam, aka Greedy, aka Greeds (deceased)—possessed approximately 45.2 pounds of marijuana, three handguns, and ammunition at an apartment on Royal Crescent in Columbus, Ohio.

26. On or about November 18, 2021, Amanial Andemariam, aka Greedy, aka Greeds (deceased), was subject to a traffic stop where he was found in possession of the following: a Draco-manufactured semiautomatic firearm loaded with 30 rifle rounds; a Kimber-manufactured, micro .380 pistol with one magazine and eight .380 rounds; a Glock-manufactured semiautomatic handgun, with one magazine holding 10 .45 caliber rounds; one 26-round magazine holding 24 .45 caliber rounds; a small amount of marihuana; 10 cell phones; U.S. currency; and multiple ski masks.

27. On or about January 6, 2022, **MENELIK SOLOMON** removed indicia of drug trafficking—including, but not limited to, marijuana, multiple firearms, and ammunition—from an apartment located on Taliesin Place in Columbus, Ohio. The following day, law enforcement officers found approximately one pound of marijuana and three firearms, among other items, in that apartment.

28. On or about January 6, 2022, co-conspirators in the Third World Mob—including, but not limited to, **MENELIK SOLOMON, KFLEGEWERGES ABATE,** and **TEDDY ASEFA**—possessed bulk amounts of marijuana, multiple firearms, a money counter, a digital scale, and a bullet-proof vest at an apartment located on Taliesin Place in Columbus, Ohio.

29. On or about March 15, 2022, **MENELIK SOLOMON** was subject to a traffic stop in which he was found with, among other items, 11 cell phones, two handguns, a vacuum sealer, a digital scale, and $760.00 in U.S. currency.

30. On or about October 6, 2022, **MENELIK SOLOMON** flew from Columbus, Ohio, to Chicago, Illinois, and was found with approximately $20,110 of U.S. currency at the airport in Chicago.

31. On or about November 1, 2022, **MENELIK SOLOMON, KFLEGEWERGES ABATE,** and **TEDDY ASEFA** possessed three firearms, more than 700 kilograms of marijuana, and other indicia of drug trafficking at a residence on Chapel Stone Road in Blacklick, Ohio.

32. On or about November 3, 2022, law enforcement officers seized approximately $55,000 in U.S. currency that an individual was transporting on behalf of **TEDDY ASEFA**.

**In violation of 21 U.S.C. § 846.**

## COUNT 2
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

33. The allegations contained in Count 1 of this Superseding Indictment are hereby re-alleged and incorporated by reference.

34. On or about November 1, 2022, in the Southern District of Ohio, defendants **MENILIK SOLOMON, KFLEGERWERGES ABATE,** and **TEDDY ASEFA** knowingly possessed a firearm in furtherance of a drug trafficking crime for which each defendant may be prosecuted in a court of the United States, that is, conspiracy to possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, as alleged in Count 1 of this Superseding Indictment.

**All in violation of 18 U.S.C. § 924(c)(1)(A)(i) and 18 U.S.C. § 2.**

7

## COUNT 3
### (Possession with Intent to Distribute 100 Kilograms or More of Marijuana)

35. On or about November 1, 2022, in the Southern District of Ohio, defendants **MENILIK SOLOMON, KFLEGERWERGES ABATE,** and **TEDDY ASEFA** did knowingly and intentionally possess with the intent to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vii), and 18 U.S.C. § 2.**

## COUNT 4
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

36. The allegations contained in Count 3 of this Superseding Indictment are hereby re-alleged and incorporated by reference.

37. On or about November 1, 2022, in the Southern District of Ohio, defendants **MENILIK SOLOMON, KFLEGERWERGES ABATE,** and **TEDDY ASEFA** knowingly possessed a firearm in furtherance of a drug trafficking crime for which each defendant may be prosecuted in a court of the United States, that is, possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1), as alleged in Count 3 of this Superseding Indictment.

**In violation of 18 U.S.C. § 924(c)(1)(A)(i) and 18 U.S.C. § 2.**

## COUNT 5
### (Possession of a Firearm by a Prohibited Person)

38. On or about November 1, 2022, in the Southern District of Ohio, defendants **TEDDY ASEFA** and **KFLEGEWERGES ABATE**, each knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm—that is, a Smith & Wesson-manufactured, model Bodyguard 380, .380 caliber, semiautomatic handgun with a serial number of KES1711; an FN Hertsal-manufactured, model Five-Seven, 5.7x28 caliber,

semiautomatic handgun with a serial number of 386366884; and an FN Hertsal-manufactured, model Five-Seven, 5.7x28 caliber, semiautomatic handgun with a serial number of 386422267—which firearms had been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) and 18 U.S.C. § 2.**

## COUNT 6
### (Possession of Ammunition by a Prohibited Person)

39. On or about September 13, 2022, in the Southern District of Ohio, defendant **KFLEGEWERGES ABATE**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, that is, at least two rounds of Winchester-manufactured ammunition, which ammunition had been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION A

39. The allegations of this Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2).

40. Upon conviction of any offense in violation of 21 U.S.C. § 841 and/or 21 U.S.C. § 846 as alleged in this Superseding Indictment, the defendants, **MENILIK SOLOMON, KFLEGERWERGES ABATE, TEDDY ASEFA,** and **ABUBAKARR SAVAGE**, shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation, including, but not limited to, the following:

    a.    All property seized on or about November 1, 2022, from the residence located at 8178 Chapel Stone Road, Blacklick, Ohio during the execution of a search warrant, including:

- Approximately $2,000.00 in United States currency;

- A .380 caliber Smith & Wesson Bodyguard firearm, bearing Serial Number KES1711, including all ammunition, magazines, and attachments;

- A 5.7x28 FN Herstal Belgium firearm, bearing Serial Number 386366884, including all ammunition, magazines, and attachments; and

- A 5.7x28 FN Herstal Belgium firearm, bearing Serial Number 386422267, including all ammunition, magazines, and attachments.

    b.    Approximately $55,900.00 in United States currency seized as a result of a traffic stop on or about November 3, 2022.

**Forfeiture notice pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION B

41. The allegations of this Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

42. Upon conviction of one or more of the offenses alleged in the Superseding Indictment, the defendants, **MENILIK SOLOMON, KFLEGERWERGES ABATE, TEDDY ASEFA,** and **ABUBAKARR SAVAGE**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to, the following firearms and ammunition seized on or about November 1, 2022, from the residence located at 8178 Chapel Stone Road, Blacklick, Ohio during the execution of a search warrant:

- A .380 caliber Smith & Wesson Bodyguard firearm, bearing Serial Number KES1711, including all ammunition, magazines, and attachments;

- A 5.7x28 FN Herstal Belgium firearm, bearing Serial Number 386366884, including all ammunition, magazines, and attachments; and

- A 5.7x28 FN Herstal Belgium firearm, bearing Serial Number 386422267, including all ammunition, magazines, and attachments.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

        **A TRUE BILL.**

s/Foreperson
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_____
**S. COURTER SHIMEALL (0090514)**

_____
**ELIZABETH A. GERAGHTY (0072275)**
**ASSISTANT UNITED STATES ATTORNEYS**

11