UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KFLEGEWERGES ABATE,

ABUBAKARR SAVAGE, and

THOMAS ASEFA,

    Defendants.

Case No. 2:22-cr-222(2), (4), (5)
Judge Edmund A. Sargus, Jr.

## VERDICT FORM COUNT 1

**Question 1:** With respect to Count 1 charging the defendant, **Kflegewerges Abate**, with conspiracy to distribute marijuana, a controlled substance in violation of 21 U.S.C. § 846, we, the jury, unanimously find the defendant:

__X__
Guilty

_____
Not Guilty

(All must agree)



Dated: 8/19/2024

If you found the defendant **guilty** in response to Question 1, **proceed to Question 2**. If you found defendant **not guilty**, skip **Question 2** and proceed to the next Verdict Form.

75

**Question 2:** With respect to Count 1, the amount of the mixture or substance containing a detectable amount of marijuana attributable to the defendant as a result of his own conduct and the conduct of other co-conspirators reasonably foreseeable to him was (indicate answer by checking one line below):

__X__ 1,000 kilograms or more

_____ 100 kilograms or more, but less than 1000 kilograms

_____ 50 kilograms or more, but less than 100 kilograms

_____ less than 50 kilograms

Dated: 8/19/2024                    [continue to next page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KFLEGEWERGES ABATE,

ABUBAKARR SAVAGE, and

THOMAS ASEFA,

    Defendants.

Case No. 2:22-cr-222(2), (4), (5)
Judge Edmund A. Sargus, Jr.

## VERDICT FORM COUNT 2

As for Count 2 charging the defendant, **Kflegewerges Abate**, with possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i) and 18 U.S.C. § 2, we, the jury, unanimously find the defendant:

__X__  
Guilty

_____  
Not Guilty

(All must agree)

Dated: 8/19/2024

[continue to next page]

77

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KFLEGEWERGES ABATE,

ABUBAKARR SAVAGE, and

THOMAS ASEFA,

    Defendants.

Case No. 2:22-cr-222(2), (4), (5)
Judge Edmund A. Sargus, Jr.

## VERDICT FORM COUNT 3

**Question 1:** As for Count 3 charging the defendant, **Kflegewerges Abate**, with possession with intent to distribute 100 Kilograms or More of Marijuana in violation of 21 U.S.C. §§ 841(a)(1), and (b)(1)(B)(vii), and 18 U.S.C. § 2, we, the jury, unanimously find the defendant:

__X__  
Guilty

_____  
Not Guilty



Dated: 8/19/2024

If you found the defendant **guilty** in response to Question 1, **proceed to Question 2**. If you found defendant **not guilty**, skip Question 2 and proceed to the next Verdict Form.

**Question 2:** With respect to Count 3, the amount of the mixture or substance containing a detectable amount of marijuana was (indicate answer by checking one line below):

__X__ 100 kilograms or more

_____ 50 kilograms or more, but less than 100 kilograms

_____ less than 50 kilograms

(All must agree)

Dated: __8/19/2024__                    [continue to next page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KFLEGEWERGES ABATE,

ABUBAKARR SAVAGE, and

THOMAS ASEFA,

    Defendants.

Case No. 2:22-cr-222(2), (4), (5)
Judge Edmund A. Sargus, Jr.

### VERDICT FORM COUNT 4

As for Count 4 charging the defendant, **Kflegewerges Abate**, with possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i) and 18 U.S.C. § 2, we, the jury, unanimously find the defendant:

__X_____                  _____
Guilty                                         Not Guilty

(All must agree)

Dated: 8/19/2024                [continue to next page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KFLEGEWERGES ABATE,

ABUBAKARR SAVAGE, and

THOMAS ASEFA,

    Defendants.

Case No. 2:22-cr-222(2), (4), (5)
Judge Edmund A. Sargus, Jr.

## VERDICT FORM COUNT 5

As for Count 5 charging the defendant, **Kflegewerges Abate**, with possession of a firearm by a prohibited person in violation of 18 U.S.C. §§ 922(g)(1), and 924(a)(8), and 18 U.S.C. § 2, we, the jury, unanimously find the defendant:

__X_____
Guilty

_____
Not Guilty

(All must agree)

Dated: 8/19/2024

[continue to next page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KFLEGEWERGES ABATE,

ABUBAKARR SAVAGE, and

THOMAS ASEFA,

    Defendants.

Case No. 2:22-cr-222(2), (4), (5)
Judge Edmund A. Sargus, Jr.

## VERDICT FORM COUNT 6

As for Count 6 charging the defendant, **Kflegewerges Abate**, with possession of ammunition by a prohibited person in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), we, the jury, unanimously find the defendant:

__X_____
Guilty

_____
Not Guilty

(All must agree)

Dated: 8/19/2024

[continue to next page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KFLEGEWERGES ABATE,

ABUBAKARR SAVAGE, and

THOMAS ASEFA,

    Defendants.

Case No. 2:22-cr-222(2), (4), (5)
Judge Edmund A. Sargus, Jr.

## VERDICT FORM COUNT 8

As for Count 8 charging the defendant, **Kflegewerges Abate**, with wire fraud in violation of 18 U.S.C. § 1343, we, the jury, unanimously find the defendant:

__X__  
Guilty

_____  
Not Guilty



Dated: 8/19/2024

[continue to next page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

v.

KFLEGEWERGES ABATE,

ABUBAKARR SAVAGE, and

THOMAS ASEFA,

              Defendants.

Case No. 2:22-cr-222(2), (4), (5)
Judge Edmund A. Sargus, Jr.

## VERDICT FORM COUNT 1

**Question 1:** With respect to Count 1 charging the defendant, **Abubakarr Savage**, with conspiracy to distribute marijuana, a controlled substance in violation of 21 U.S.C. § 846, we, the jury, unanimously find the defendant:

__X__                                                _____
Guilty                                                Not Guilty

(All must agree)

Dated: 8/19/2024                            [continue to next page]

If you found the defendant **guilty** in response to Question 1, **proceed to Question 2**. If you found defendant **not guilty, skip Question 2** and proceed to the next Verdict Form.

**Question 2:** With respect to Count 1, the amount of the mixture or substance containing a detectable amount of marijuana attributable to the defendant as a result of his own conduct and the conduct of other co-conspirators reasonably foreseeable to him was (indicate answer by checking one line below):

    __X__ 1,000 kilograms or more

    _____ 100 kilograms or more, but less than 1000 kilograms

    _____ 50 kilograms or more, but less than 100 kilograms

    _____ less than 50 kilograms

**(All must agree)**

Dated: __8/19/2024__            [continue to next page]

85

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KFLEGEWERGES ABATE,

ABUBAKARR SAVAGE, and

THOMAS ASEFA,

        Defendants.

Case No. 2:22-cr-222(2), (4), (5)
Judge Edmund A. Sargus, Jr.

## VERDICT FORM COUNT 7

As for Count 7 charging the defendant, **Thomas Asefa**, with obstruction of justice in violation of 18 U.S.C. § 1512(c)(2) and 18 U.S.C. § 2, we, the jury, unanimously find the defendant:

_____         __X_____
Guilty                                                              Not Guilty

(All must agree)

Dated: 8/19/2024